ENT JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DAVID RASNICK,<br><br>　　　　　　　PLAINTIFF(S),<br>　　　v.<br><br>JEWELRY AND MINERALS OF LAS VEGAS,<br><br>　　　　　　　DEFENDANTS. | CASE NUMBER<br><br>CV 09-8072-TJH(SSx)<br><br>JUDGMENT ON THE VERDICT<br>FOR PLAINTIFF(S) |
|---|---|

　　　This action having been tried before the Court sitting with a jury, the Honorable TERRY J. HATTER, JR., District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

　　　IT IS ORDERED AND ADJUDGED that the plaintiff(s) DAVID RASNICK, recover of the defendants JEWELRY AND MINERALS OF LAS VEGAS, the sum of $1000.00, and that the action be dismissed on the merits, pursuant to the verdict filed March 2, 2011.


Dated  March 7, 2011　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT
at 　　　3:30 P.M.

　　　　　　　　　　　　　　　　　　　　　　　By _Yolanda Skipper_
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


cc:　　Counsel of record


CV-49　　　　　　　　　　JUDGMENT ON THE VERDICT FOR PLAINTIFF(S)